# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Kenworth Sterkel,<br><br>*Plaintiff*<br>v.<br>Nancy A. Berryhill,<br>Acting Commissioner of Social Security<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:16-cv-00390-RHW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Robert H. Whaley  on motions for Summary Judgment (ECF Nos. 13 and 14).

Date:  6/1/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen